**Order filed February 12, 2014.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-13-01134-CV

### IN RE MARYBELL LEON, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-35140**

### ORDER

On December 20, 2013, relator Marybell Leon filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Sheri Y. Dean, presiding judge of the 309th District Court of Harris County, to vacate her temporary orders signed November 25, 2013 appointing real party in interest Jaime Cesar Aceves as temporary sole managing conservator of the minor children V.M.A. and D.M.A.

On January 7, 2014, this Court received from the Harris County District Clerk a letter signed by the trial court in Cause No. 2010-35140 vacating its temporary orders of November 25, 2013, and directing relator's counsel to draft new temporary orders scheduled to be entered on January 10, 2014. Therefore, this Court **ORDERS** the Harris County District Clerk to provide this Court on or before **February 18, 2014** a copy of the new temporary orders signed and entered by the trial court in Cause No. 2010-35140. If new temporary orders in Cause No. 2010-35140 have not been signed and entered by the trial court, the Harris County District Clerk is directed to so advise this Court by letter.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Jamison and Wise.